UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 98-7510

———————————

LORENZO R. MCKNIGHT,

Petitioner - Appellant,

versus

VIRGINIA PROBATION & PAROLE DISTRICT 34;
BARBARA COOKE; LESTER WINGROVE,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-98-570-3)

———————————

Submitted:  March 11, 1999          Decided:  March 17, 1999

———————————

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Lorenzo R. McKnight, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lorenzo McKnight seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny McKnight's motion for appointment of counsel, deny McKnight's motion to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See McKnight v. Virginia Probation & Parole District 34, No. CA-98-570-3 (Oct. 7, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED